# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Iron Workers Local 473 Pension Trust

                              Plaintiff,

v.                                                 Case No.: 1:19−cv−03472

                                                       Honorable Robert M. Dow Jr.

Central Steel Fabricators, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Agreed motion for entry of stipulated order of dismissal with the Court to retain jurisdiction to enforce the terms of the Parties' settlement agreement [17] is granted. Counsel to submit an agreed order to the Court in Word format for review and signature. Notice of motion date of 9/26/2019 is stricken and no appearances are necessary on that date. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.