# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS LOCAL 473 PENSION TRUST, | CASE NO.: 19-CV-3472 |
| Plaintiff, | |
| | JUDGE: ROBERT M. DOW, JR. |
| vs. | |
| CENTRAL STEEL FABRICATORS, INC., an Illinois Corporation, | MAG. JUDGE: YOUNG B. KIM |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL
## RETAINING JURISDICTION TO ENFORCE CERTAIN TERMS OF SETTLEMENT

This case has been settled by the Parties by execution of a Settlement Agreement requiring future compliance with certain terms of the Settlement Agreement. The Parties have requested that the Court retain jurisdiction to enforce those terms. Accordingly, this case is dismissed without prejudice. In compliance with Fed. R. Civ. P. 65(d) (*see also Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994); *Blue Cross & Blue Shield Association v. American Express Co.*, 467 F.3d 634 (7th Cir. 2006)), the Court retains jurisdiction solely to enforce the following terms of the Settlement Agreement:

> Pursuant to the Settlement Agreement entered into by and between the Parties in September 2019, the Defendant is obligated to take make a payment within thirty (30) days of the full execution of the Settlement Agreement. Failure by the Defendant to comply with its payment obligation shall constitute a breach of the Settlement Agreement, triggering the enforcement remedies provided in the Settlement Agreement.

In the event a motion to enforce settlement is not filed on or before October 31, 2019, the dismissal without prejudice will automatically convert to a dismissal with prejudice, and with each party to

bear its own fees and costs, and the Court shall relinquish jurisdiction without further order of Court.

                              **ENTERED:**

                              _____
                              HONORABLE JUDGE ROBERT M. DOW, JR.

                              Dated: 9/25/2019

**Agreed and so stipulated,**

| | |
|---|---|
| /s/ William M. Blumthal, Jr. - 6281041 | /s/ Brian K. Jackson – 6286470 (with consent) |
| *One of Plaintiff's Attorneys* | *One of the Defendant's Attorneys* |
| JOHNSON & KROL, LLC | LANER MUCHIN, LTD. |
| 311 S. Wacker Drive, Suite 1050 | 515 N. State Street, Suite 2800 |
| Chicago, IL 60606 | Chicago, IL 60654 |
| (312) 757-5477 | (312) 467-9800 |
| blumthal@johnsonkrol.com | bjackson@lanermuchin.com |